## 20621. GOSSETT *v.* THE STATE.

LUKE, J. The evidence adduced in support of the defendant's conviction of burglary was sufficient to prove the necessary elements of the crime and to satisfy the jury of his guilt; and the trial judge, who heard the witnesses and saw their demeanor on the stand, approved the finding of the jury. Under the record in this case, this court has no authority to say that the trial judge erred in overruling the motion for a new trial, which was based on the general grounds only.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 15, 1930.

*Earl Jackson, W. M. Henry,* for plaintiff in error.

*M. Neil Andrews, solicitor-general, Dean Owens,* contra.